USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVELERS EXCESS AND SURPLUS LINES COMPANY, as subrogee of GHC Properties, Inc. and all other insureds under policy number KTQ-CMB-OR60545-A-20

    Plaintiff,

-against-

SIGNATURE PLUMBING SPECIALITIES LLC,

    Defendant.

1:21-cv-03031-MKV

ORDER REQUESTING SUPPLEMENTAL BRIEFING

MARY KAY VYSKOCIL, United States District Judge:

    The Court held an initial pre-trial conference in this case on July 28, 2021. Plaintiff and Defendant appeared through counsel of record. At the start of the conference, I disclosed that while in private practice, from which I retired more than five years ago, the Court represented Travelers and its related companies in private practice, but emphasized that said prior representation does not and would not impact the Court's ability to impartially preside over this case. No party raised any objection, but Defendant requested an opportunity to confer with his client and colleagues. Accordingly, IT IS ORDERED that the Parties file any applications with respect to the Court's disclosures on or before August 4, 2021.

    Additionally, in its pre-conference filing, Plaintiff stated that it demands $427,603.24 in this case, representing the amount it paid on behalf of its insured plus the $50,000 deductible born by the insured. (*See* Joint Letter [ECF No. 12]). Defendant also stated its intent to join as a third-party a New York corporation that installed of the allegedly leaking faucet. In light of the foregoing, the Court has questions with respect to Plaintiff's standing to seek to recoup the deductible born by its non-party insured. In addition, the Court inquired whether the insured

1

must be joined in this action to the extent the deductible is part of claimed damages and what impact the joinder of the insured and/or the installer would have on subject matter jurisdiction and standing. Accordingly, IT IS FURTHER ORDERED that the Parties submit briefing these issues with respect to subject matter jurisdiction and standing on or before August 11, 2021. SO ORDERED.

Dated: New York, New York
      July 28, 2021

_____
MARY KAY VYSKOCIL
United States District Judge